H. B. Wheelock, appellant, v. Edward Hines and Shank Company, appellees. Gen. No. 31,578.

Action to recover for architect's services. Judgment for defendants on directed verdict. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the

first division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed October 10, 1927. Rehearing denied October 24, 1927.

Altheimer & Mayer, for appellant; A. B. Manion and Gideon S. Thompson, of counsel. William S. Bennet, for Edward Hines, appellee. Robert W. Dunn, for Shank Co., appellee.

Mr. Justice O'Connor delivered the opinion of the court.